No. 500. UNITED STATES TRUST CO. ET AL., EXECUTORS, v. COMMISSIONER OF CORPORATIONS & TAXATION;

No. 501. BRETT v. SAME; and

No. 502. HIGH v. SAME. January 3, 1939. Petition for writs of certiorari to the Supreme Judicial Court of Massachusetts denied. Messrs. Samuel Gottlieb and Israel Gorovitz for petitioners. Messrs. Paul A. Dever, Attorney General of Massachusetts, and Edward O. Proctor, Assistant Attorney General, for respondent. Reported below: 13 N. E. 2d 6.

No. 546. CLEMENTS v. CLEMENTS ET AL. January 9, 1939. Petition for writ of certiorari to the Court of Appeals, 1st Appellate District, of Ohio, and motion for leave to proceed further in forma pauperis, denied. Messrs. Alfred H. Myers and Albert Spievack for petitioner. No appearance for respondents.

No. 503. LONG BEACH DOCK & TERMINAL CO. v. PACIFIC DOCK & TERMINAL CO. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. Walter M. Campbell and John F. McCarthy for petitioner. Messrs. George E. Farrand, Edward W. Tuttle, and Stephen M. Farrand for respondent.

No. 510. JENKINS PETROLEUM PROCESS CO. v. SINCLAIR REFINING CO. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Messrs. James Craig Peacock, Paul F. Myers, Howard A. Hartman, and Henry Herrick Bond for petitioner. Messrs. Nathan L. Miller and Frank E. Barrows for respondent.